HS

FILED

AUG 0 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WITTENBRINK,

        Plaintiff,

  v.

CONTINENTAL CASUALTY COMPANY,

        Defendant.
_____/

No. C04-05425 MJJ

**ORDER**

Good cause having been shown, it is hereby **ORDERED** that Defendant has until August 11, 2006 to file its reply brief in their Motion for Summary Judgment (Doc. No. 61).

**IT IS SO ORDERED.**

Dated: August 2, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California